■ CONSUMERS INDUSTRIES, INC., Respondent, v. A.B.C. INSULATION CO., INC., Appellant. (Action No. 4.) — In an action to recover the reasonable value of the use and occupation of certain premises for the months of June, July, August, September, October, November and December, 1954, the appeal is from an order of the County Court, Nassau County, granting summary judgment striking out the answer, and from the judgment entered thereon awarding respondent $1,610, with costs. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ CONSUMERS INDUSTRIES, INC., Respondent, v. A. B. C. INSULATION CO., INC., Appellant. (Action No. 5.) — In an action to recover the reasonable value of the use and occupation of certain premises for the months of January, February, March, April, May and June, 1955, the appeal is from an order of the County Court, Nassau County, granting summary judgment striking out the answer, and from the judgment entered thereon awarding respondent $1,380, with costs. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ CONSUMERS INDUSTRIES, INC., Respondent, v. KATHERINE GOLDA, Appellant.— In an action to adjudge a deed to be fraudulent and void and to set it aside and cancel it of record, the appeal is from an order granting summary judgment striking out the answer, and from the judgment entered thereon. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ FULTON SAVINGS BANK KINGS COUNTY, Appellant, v. FRANK E. DOWNS, Defendant, and ANNE C. DOWNS, Respondent.— In an action to foreclose a mortgage, the appeal is from an order denying a motion for summary judgment striking out the answer of respondent, an infant, interposed by her guardian ad litem. Order affirmed, without costs. No opinion. Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ EDDIE GLASSER, Respondent, v. MATTHEWS RITZER, Defendant, and JOSEPH BOMBERA, Appellant.— In an action to recover damages for injuries to person and property, the appeal is from an order denying appellant's motion to dismiss the complaint for lack of prosecution. Order reversed, without costs, and motion granted, without costs. We are of the opinion that respondent has failed to show a reasonable explanation or excuse for failure to bring the action on for trial for almost three years after joinder of issue, and has failed to present any showing of merits or the extent of the personal injuries or property damage. (*Smith* v. *Schiller*, 279 App. Div. 755; *Giovannucci* v. *Brooklyn & Richmond Ferry Co.*, 278 App. Div. 861; *Fischer* v. *Tushnett*, 256 App. Div. 833.) Beldock, Acting P. J., Murphy, Ughetta and Hallinan, JJ., concur; Kleinfeld, J., dissents and votes to affirm.